E-FILED
Friday, 28 July, 2006 03:45:16 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| DAVID ALLEN GREER,<br>    Petitioner | )<br>)<br>) |
| v. | ) Case No.# 06-4048<br>) |
| AUSTIN SCOTT RANDOLPH,<br>    Respondents. | ) Honorable:<br>)<br>)    Presiding Judge. |

**MOTION FOR APPOINTMENT OF COUNSEL**

NOW COMES THE PETITIONER DAVID ALLEN GREER, PRO, SE. AND RESPECTFULLY MOVE THIS HONORABLE COURT TO APPOINT COUNSEL TO REPRESENT THE PETITIONER IN CONNECTION WITH THE ABOVE CAPTIONED CAUSE, IN SUPPORT THEREOF THE PETITIONER STATES AS FOLLOWS:

1.) The petitioner is devoid of any legal skills and or knowledge by which to effectively prosecute this claim before this court, in the preparation of the filing of these documents the petitioner has had the assistance of a Jail House Lawyer.

2.) The petitioner has never been trained in the practice of any law, let alone Federal Law.

3.) The petitioner Believes that his claims are meritorious and deserving of the review of this Federal Court, and ultimately the granting of relief to the petitioner in the form of granting him a new trial.

4.) The petitioner believes that in the intrest of Justice that it is best that both sides are represented by professionals experienced in this area of Law.

**Wherefore,** for the foregoing reasons the petitioner Prays that this Honorable Court would appoint Counsel to represent the petitioner in this endeavor.

                      Respectfully submitted:

/S/ _____
     Mr. David Allen Greer,#N72100
Illinois River Correctional Center
     P. O. Box 1900
     Canton, Illinois.
                   61520.

Subscribed and Sworn to before me

This 25th day of July 2006

/S/ _____
    Notary Public.

"OFFICIAL SEAL"
Don A. Burkhart
Notary Public, State of Illinois
My Commission Exp. 08/22/2008

-- 2 --