IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| DAVID ALLEN GREER,<br><br>    Petitioner Pro, se.<br><br>V.<br><br>AUSTIN SCOTT RANDOLPH,<br><br>    Respondent. | CASE NO.# 06-4048<br><br>Honorable: _____<br><br>    Presiding Judge. |

## NOTICE OF FILING AND NOTICE OF MOTION

To;

Lisa Madigan
Illinois Attorney General
100 N. Randolph Street 12th Fl.
Chicago, Illinois.
    60603.

**CERTIFICATE OF SERVICE:**

The undersigned being first duly sworn upon oath deposes and state that he has mailed a copy of the above listed to the above listed parties at the above listed addresses with the proper postage attached on July 25, 2006

Please be advised that on July 25, 2006 the petitioner has mailed for filing the Attached Petition For **Habeas Corpus Relief, and Motion For Appointment of Counsel**, mailed to the Clerk of the Court at John M. Waters, Clerk, United States District Court, Central District of Ill. 211 19th Street Rock Island, Illinois. 61201.

/S/ _David A. Greer_
Mr. David Allen Greer #N-72100
Illinois River Correctional Center
P. O. Box 1900
Canton, Illinois.
    61520.

Subscribed and Sworn to before me

This 25th day of July 2006

/S/ _Don A. Burkhart_
Notary Public

"OFFICIAL SEAL"
Don A. Burkhart
Notary Public, State of Illinois
My Commission Exp. 08/22/2008

/S/ _David A. Greer_
David Allen Greer