IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **United States ex rel. David Allen Greer,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. 06-4048 |
| **Austin Randolph, Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for Respondent Austin Randolph

Date:__8/21/06_____

    s/Leah C. Myers_____
    Signature
    Leah C. Myers_____
    Print Name
    100 W. Randolph St., 12th Floor
    Address
    Chicago, IL 60601_____
    City, State, Zip Code
    (312) 814-5029_____
    Phone Number
    (312) 814-2253_____
    Fax Number
    6278107_____
    Bar Number
    Lmyers@atg.state.il.us_____
    Email address