E-FILED
Monday, 21 August, 2006  09:11:54 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  DAVID ALLEN GREER, | ) <br> ) <br> ) | |
| Petitioner, | ) | No. 06-4048 |
| | ) | |
| vs. | ) <br> ) | The Honorable <br> Michael M. Mihm, |
| AUSTIN RANDOLPH, Warden, <br>   Illinois River Correctional Center, | ) <br> ) <br> ) | Judge Presiding. |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME**

    Respondent, Austin Randolph, through his attorney, Lisa Madigan, Attorney General of Illinois, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from August 28, 2006, to and including September 27, 2006.

    An affidavit in support of this motion is attached hereto.

                                  Respectfully submitted,

                                    LISA MADIGAN
                                  Attorney General of Illinois

By:    <u>s/ Leah C. Myers</u>
        Leah C. Myers, Bar #6278107
        Illinois Attorney General's Office
        100 West Randolph Street
        12th Floor
        Chicago, Illinois 60601
        Telephone: (312) 814-5029
        Fax: (312) 814-2253
        E-mail: lmyers@atg.state.il.us

State of Illinois    )
                     ) SS.
County of Cook       )

A F F I D A V I T

LEAH C. MYERS, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2. That respondent's response to the instant federal habeas corpus petition is currently due to be filed on or before August 28, 2006.

3. That despite due diligence, affiant will be unable to file respondent's answer on or before August 28, 2006.

4. That petitioner signed his habeas corpus petition on July 25, 2006.

5. That the Court ordered respondent to answer the petition on August 1, 2006, and mailed this order on August 2, 2006.

6. That the Illinois Attorney General's Office received the petition on August 7, 2006.

7. That affiant was assigned to this matter on August 8, 2006.

8. That affiant has ordered, but not yet received, all of the state court materials necessary for filing an informed response to the instant petition.

9. That, since August 8, 2006, affiant has been busy attending to the following matters: preparation of a motion to amend for the U.S. Court of Appeals, Seventh Circuit, in <u>Thompson v. Battaglia</u>, No. 04-3110; preparation of a brief in

1

opposition to a petition for writ of certiorari for the U.S. Supreme Court in <u>Watford v. Illinois</u>, 05-11150; preparation of the answer to a petition for writ of habeas corpus for the U.S. District Court, Central District of Illinois in <u>United States ex rel. Abdullah v. Pierce</u>, No. 06-1135; and preparation of a motion to dismiss a petition for writ of habeas corpus for the U.S. District Court, Central District of Illinois in <u>United States ex rel. Heater v. Robertson</u>, No. 06-2112.

10. That this is respondent's first request for an extension of time in this matter.

11. That this motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

12. That respondent respectfully request that this Honorable Court grant his thirty (30) day motion for an extension of time to and including September 27, 2006, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

<u>s/ Leah C. Myers</u>
LEAH C. MYERS

2

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>   DAVID ALLEN GREER, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | No. 06-4048 |
| vs. | ) <br> ) | The Honorable <br> Michael M. Mihm, |
| AUSTIN RANDOLPH, Warden,<br>   Illinois River Correctional Center, | ) <br> ) <br> ) | Judge Presiding. |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE AND**
**NOTICE OF ELECTRONIC FILING**

    PLEASE TAKE NOTICE that on August 21, 2006, I presented the attached Motion for Extension of Time to the Clerk of the Court for filing and uploading to the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: David Allen Greer.

TO:    David Allen Greer, #N72100
         Illinois River Correctional Center
         Route 9 West
         P.O. Box 999
         Canton, Illinois 61520

                                              LISA MADIGAN
                                              Attorney General of Illinois

                           By:    s/ Leah C. Myers
                                              Leah C. Myers, Bar #6278107
                                              Attorney for Respondent
                                              Illinois Attorney General's Office
                                              100 West Randolph Street
                                              12th Floor
                                              Chicago, Illinois 60601
                                              Telephone:  (312) 814-5029
                                              Fax:  (312) 814-2253
                                              E-mail: lmyers@atg.state.il.us