# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**David Allen Greer**

      vs.　　　　　　　　　　　　　　　　　　　　　　Case Number:　**06-4048**

**Austin Scott Randolph, Warden**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **XX DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus is dismissed for failure to exhaust. Case terminated.----------------------------------------------------------------------------------------------------------

ENTER this 4th day of October, 2006

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK