October 3, 2006

U.S. District Court

United States District Court for the Central District of Illinois

| | |
|---|---|
| United States of America ex Rel. | |
| David Allen Green | No. 06-4048 |
| Petitioner, | the Honorable |
| vs. | Michael M. Mihm, |
| Dustin Randolph, Warden, | Judge Presiding |
| Illinois River Correctional Center, | |
| Respondent | |

FILED
OCT 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion for Extension of Time

Petitioner, David Allen Green N.72100 Pro se, Respectfully Hereby moves this Honorable Court for a thirty (30) Day extension of time to answer or otherwise plead to this above-captioned motion to Dismiss petition for Writ of Habeas Corpus, from "October 18, 2006 to and including" November 16, 2006. An affidavit in support of this motion is Attached Hereto.

Respectfully Submitted,

David A. Green N.72100
Illinois River Correctional
Center
P.O. Box 1900
Canton, Il. 61520

State of Illinois )
                 ) ss.
Fulton County    )

### Affidavit

David Green N.72100 being duly fully sworn upon oath, deposes and state as follows:

1. That I am doing this petition Pro-Se without a lawyer present on this matter.

2. That petitioner Respond to the instant Federal Habeas Corpus Petition is currently Due to be filed on or before October 18, 2006.

3. That Despite Due diligence, I will be unable to file Petitioner answer on or before October 18, 2006.

4. Petitioner only Has excess to the law-library 2 times a Week or (2) Hours a single less.

5. Petitioner Needs to Research the Respondent claim on the motion to Dismiss and the Default claim.

6. That this is Petitioner's first Request for an extension of time on this matter.

7. That this motion is not for purpose of Delay, But is being solely to to Respect and ensure the Pro-Se Petitioner contrast are adequately Protected.

8. The petitioner Respectfully Request that this Honorable Court Grant His thirty (30) Day motion for extension of time to and including the November 16, 2006 within which to file any Answer or otherwise Plead to the instant petition for Writ of Habeas Corpus.

Further affient Sayeth Not:

Pro Se petitioner

David Allen Green
N-72100