E-FILED
Friday, 03 November, 2006  04:03:34 PM
Clerk, U.S. District Court, ILCD

United States District Court FILED District of Illinois

FILED
OCT 3 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk of the Court

Mr. John M. Waters

No. 06-4048

This is Mr. David Allen Green N-72100, I am current at the (Illinois River Correctional Center) in Canton IL, and I was sent this (Docket text only order) Denying (motion for Reconsideration) on 10.24.2006 at 10:15 Am. I Have A misunderstanding about this motion because I've never enter such motion of that kind on this court. I only answer to the (motion to Dismiss or, on the Alternative, answer to petitioner's petition for Writ of Habeas Corpus) which (Att. Gen. Lisa Madigan) claim my petition was lex suit. I then Responded to that with my (motion to Respond to the motion to Dismiss petition for Writ of Habeas corpus. Now my question is that where's this Rule 10.3. over come into play about "Warning: Case Closed". So could you check the status on my petition that was filed by you on Oct 23, 2006 please because I have know knowledge of that said motion to Reconsideration. So could you please check into this matter and get back at me A.S.A.P. Sir. -Thanks

Respectfully Submitted
David Allen Green
N-72100
Canton, Illinois
61520