E-FILED
Friday, 05 January, 2007 08:47:37 AM
Clerk, U.S. District Court, ILCD

FILED 1.3.07
JAN 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

4:06 V 4048

The Honorable
Mr. Michael M. Mihm

Mr. Mihm on 10-24-06 a motion for Reconsideration was sent by you on this said court. Well I am writing to find out is this the outcome my petition I filed with the U.S. District Court on Oct. 23, 2006, if so could you explain it more clearly because the motion for Reconsideration there are no because I never filed such petition of Reconsideration on this said court. So could you write me back letting me that my petition that was filed on 10-23-06 is done so that I can move on to any other legal obligation Sir.

Respectfully Submitted,

David Lee N. Iglan
P o Box 1900
Canton, Illinois
61520

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Mihm@ilcd.uscourts.gov, lmyers@atg.state.il.us, mferguson-
ross@atg.state.il.us
Message-Id:<411853>
Subject:Activity in Case 4:06-cv-04048-MMM Greer v. Randolph Order on Motion for
Reconsideration
```
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Central District of Illinois

### Notice of Electronic Filing

The following transaction was entered on 10/24/2006 at 10:15 AM CDT and filed on 10/24/2006
**Case Name:**       Greer v. Randolph
**Case Number:**     4:06-cv-4048
**Filer:**
**WARNING: CASE CLOSED on 10/03/2006**
**Document Number:** No document attached

**Docket Text:**
TEXT ONLY ORDER denying [11] Motion for Reconsideration. "Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." Caisse Nationale de Credit v. CBI Industries, 90 F.3d 1264, 1269 (7th Cir. 1996). Furthermore, it is not appropriate to argue matters that could have been raised in prior motions or rehash previously rejected arguments in a motion to reconsider. Id. at 1270. As Petitioner's Motion for Reconsideration neither corrects any manifest error of law or fact or presents newly discovered evidence, he is not entitled to the relief requested. Entered by Judge Michael M. Mihm on 10/24/06. (MMM2, ilcd)

**4:06-cv-4048 Notice has been electronically mailed to:**

Leah C Myers    lmyers@atg.state.il.us, mferguson-ross@atg.state.il.us

**4:06-cv-4048 Notice has been delivered by other means to:**

David Allen Greer
N-72100
Illinois River Correctional Center
P. O. Box 1900
Canton, IL 61520